IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimberly Manuel,  :
:
    Plaintiff(s),  :
:  Case Number: 1:15cv784
vs.  :
:  Judge Susan J. Dlott
Prince Jason, et al.,  :
:
    Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 21, 2015 a Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 5).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, all claims contained in plaintiff's complaint are DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B).

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Judge Susan J. Dlott
           United States District Court